# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Radomysl Twardowski, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bismarck Police Department, et. al., | ) | Case No. 1:17-cv-110 |
| Defendant. | ) | |

The court shall conduct a status conference with the parties by telephone on January 19, 2018, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2017.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court